Submitted by:

Jeremy E. Shulman (# 257582)
  jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
301 N. Lake Ave, Suite 1100
Pasadena, CA  91101-4158
Tel: (626) 535-1900 | Fax:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.,
successor by merger with Wells Fargo
Bank Southwest, N.A., f/k/a Wachovia
Mortgage, FSB, f/k/a World Savings
Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REYES CALBILLO, an individual; and IRENE CALBILLO, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a corporation; NBS DEFAULT SERVICES, LLC; and DOES 1-20, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-06506-TJH-AJWx<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Terry J. Hatter, Jr.*] |

On February 20, 2018, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendants WELLS FARGO BANK, N.A., Liberty Fund LLC, and NBS Default Services LLC, dismissing the Complaint in its entirety without leave to amend.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendants Wells Fargo Bank, N.A., Liberty Fund, LLC, and NBS Default Services, LLC; *and*

3. Plaintiffs Reyes Calbillo and Irene Calbillo will recover nothing in this action from defendants Wells Fargo Bank, N.A., Liberty Fund, LLC, and NBS Default Services, LLC.

DATED: February 27, 2018

HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

## [PROPOSED] JUDGMENT OF DISMISSAL

on the interested parties in said case as follows:

### Served Electronically Via the Court's CM/ECF System:

| *Attorneys for Plaintiffs*<br>*Reyes Calbillo and Irene Calbillo:*<br><br>Michael Avanesian, Esq.<br>Oksanna Asiryan, Esq.<br>JT LEGAL GROUP, APC<br>801 N. Brand Blvd., Suite 1130<br>Glendale, CA 91203<br><br>Email: ryan@jtlegalgroup.com<br>Email: oksanna@jtlegalgroup.com<br><br>Tel: 818-276-2464 / Fax: 818-446-2162 | *Attorneys for Defendant*<br>*NBS Default Services, LLC:*<br><br>Nabeel Zuberi, Esq.<br>BUCKLEY MADOLE, P.C.<br>301 E. Ocean Dr., Suite 1720<br>Long Beach, CA 90802<br><br>nabeel.zuberi@buckleymadole.com<br><br>Tel. | Fax: 562-983-5363 |
|---|---|
| *Attorneys for Def. Liberty Fund, LLC:*<br><br>Lane M. Nussbaum, Esq.<br>Sandra L. Stevens, Esq.<br>NUSSBAUM APC<br>27489 Agoura Road, Suite 102<br>Agoura Hills, CA 91301<br><br>Email: lnussbaum@nussbaumapc.com<br><br>Tel: 818-660-1919 / Fax: 818-769-7959 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on February 22, 2018.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR2399/01978443-1

CASE NO. 2:17-CV-06506-TJH-AJW
CERTIFICATE OF SERVICE